ERIC GRANT
United States Attorney
COLLEEN M. KENNEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:25-cv-00091-DAD-JDP |
|---|---|
| Plaintiff, | STIPULATED REQUEST AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO FINALIZE SETTLEMENT AGREEMENT |
| v. | |
| JOAN RUBINGER, | |
| Defendant. | |

Plaintiff the United States and Defendant Joan Rubinger (collectively, "the Parties"), by and through their respective undersigned counsel, enter into the following stipulation to continue the deadline set by the Court for the Parties to finalize the "long form settlement agreement" memorializing the Parties' resolution of this matter.

WHEREAS, at the conclusion of the settlement conference held on November 4, 2025, with Magistrate Judge Jeremy D. Peterson, the Parties reached an agreement in principle as to a proposed resolution of this case, subject to final approval by the necessary officials within the U.S. Department of Justice;

WHEREAS, the Court ordered the parties to finalize their settlement agreement within 30 days of that date, or by December 4, 2025 (ECF 19);

WHEREAS, despite the Parties' diligent efforts to finalize the agreement, the Parties will be unable to do so by December 4, 2025; and

WHEREAS, the Parties believe they will be able to finalize their settlement agreement, including obtaining final approval by the Department of Justice, by January 5, 2026;

Accordingly, the Parties respectfully request that the Court's deadline to finalize the settlement agreement in this matter be continued by approximately one month, to January 5, 2026. A proposed Order is provided for the Court's convenience.

Respectfully submitted,

Dated: December 2, 2025

ERIC GRANT
United States Attorney

/s/ *Colleen M. Kennedy*
COLLEEN M. KENNEDY
Assistant United States Attorney

*Attorneys for the United States*

1

2  Dated: December 2, 2025

BYRNE & NIXON LLP

3

/s/  *Jennifer L. Derwin*
MARK A. BYRNE
JENNIFER L. DERWIN

4

5

*Counsel for Defendant Joan Rubinger*

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the Parties and good cause appearing, the deadline for the Parties to finalize the long form settlement agreement memorializing the Parties' resolution of this matter is hereby continued to January 5, 2026.

IT IS SO ORDERED.

DATED: December 2, 2025

_____
JEREMY D. PETERSON
United States Magistrate Judge