ERIC GRANT
United States Attorney
COLLEEN M. KENNEDY
TARA A. AMIN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JOAN RUBINGER,<br><br>            Defendant. | CASE NO. 2:25-CV-00091-DAD-JDP<br><br>**STIPULATON FOR ENTRY OF PERMANENT INJUNCTION AND DISMISSAL OF CLAIMS** |

The United States and Joan Rubinger (collectively, the "Parties") hereby stipulate and jointly move the Court, pursuant to Federal Rule of Civil Procedure 65, to enter a permanent injunction against Joan Rubinger ("Defendant") in a form substantially similar to the attached. In support of this request, the Parties state as follows:

1.      Defendant understands and agrees that the Court has personal jurisdiction over her, waives the entry of findings of fact and conclusions of law under Rules 52 and 65 of the Federal Rules of Civil Procedure, consents to the entry of a permanent injunction against her, and agrees to be bound by the terms of the injunction.

2.      Defendant understands and agrees that the permanent injunction will constitute an appealable order and waives the right to appeal that order. Defendant further understands and agrees that this Court will retain jurisdiction over this matter for the purpose of implementing and enforcing the

STIPULATION

injunction and understands that if she violates the injunction, she may be subject to civil and criminal sanctions, including incarceration, for contempt of court.

3.     The Parties agree that no provision in this stipulation, or the fact that they are agreeing to it, constitutes an admission by them of any of the allegations therein for any other purpose outside of the context of this proceeding. The Parties agree that entry of the permanent injunction in this case will resolve only this civil action and will not preclude Defendant from contesting her liability or guilt in any other matter or proceeding.

4.     Pursuant to Federal Rules of Civil Procedure 15(a)(2) and 41(a)(1)(A)(ii), and conditioned upon the Court's entry of permanent injunction against the Defendant in a form substantially similar to the attached, the parties stipulate to dismissal of the claims in the above-captioned lawsuit with prejudice, each party to bear its own costs and fees.

IT IS SO STIPULATED.

Date: March 5, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

/s/
COLLEEN M. KENNEDY
TARA A. AMIN
Assistant United States Attorneys

Attorneys for the United States

BYRNE & NIXON LLP

/s/
MARK A. BYRNE
JENNIFER L. DERWIN

Attorneys for Joan Rubinger

STIPULATION