UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cv-00091-DAD-JDP |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATION FOR PERMANENT INJUNCTION AND DISMISSAL OF ALL CLAIMS |
| JOAN S. RUBINGER, | |
| Defendant. | (Doc. No. 27) |

On March 5, 2026, the parties filed a stipulation requesting the court to enter a permanent injunction order pursuant to Federal Rule of Civil Procedure 65 and to dismiss all claims in this action with prejudice pursuant to Federal Rules of Civil Procedure 15(a)(2) and 41(a)(2). Pursuant to that stipulation and good cause appearing, the court deems dismissal of plaintiff's claims with prejudice to be proper. Accordingly, plaintiff's claims are hereby DISMISSED with prejudice. Pursuant to that stipulation, the court hereby ORDERS as follows:

1. Defendant Rubinger is ENJOINED and RESTRAINED permanently from, directly or indirectly:

   a. Dispensing or prescribing, or assisting in dispensing or prescribing, any controlled substance;

   b. Having an ownership interest, including partial ownership, in an entity that is in the business of dispensing controlled substances; or

1

   c.    Employing any person who dispenses, or assists in dispensing, any prescription for a controlled substance for any person;

2. Defendant Rubinger is not enjoined from referring a patient to another provider who holds a DEA Certificate of Registration and is authorized to dispense controlled substances nor from compensating a supervising physician with whom she works; and

3. The court retains jurisdiction over this action for the purpose of enforcing the terms of the injunction entered against defendant Rubinger.

IT IS SO ORDERED.

Dated:    **March 26, 2026**                          _Dale A. Drozd_____
                                         DALE A. DROZD
                                         UNITED STATES DISTRICT JUDGE